# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SHIRLEY ANN PERRY

VERSUS

RPM PIZZA, INC. ET AL.

CIVIL ACTION

NO. 15-403-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated July 28, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss and Request for Return*[3] filed by Plaintiff, Shirley Ann Perry, in the above captioned matter shall be treated as a motion to remand and is **DENIED**.

Baton Rouge, Louisiana the 28 day of August, 2015.

*signature*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 10.
[3] Rec. Doc. 4.